UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:17-CR-21-D

| UNITED STATES OF AMERICA | ORDER GRANTING MOTION FOR ACCESS TO SEALED DOCUMENTS |
|---|---|
| v. | |
| MELVIN FEREBEE | |

On August 22, 2022, counsel entered an appearance pursuant to the Court's order entered August 19, 2022. Counsel is unable to access the following sealed documents and requested that the Court grant access to the documents so counsel may diligently discharge her duties. Upon consideration of the motion, the court grants the motion and grants access to the following documents:

| Docket Entry No. | Description |
|---|---|
| 12 | Pretrial Services Report |
| 28 | Plea Agreement |
| 29 | Draft Presentence Report |
| 31 | US' objections to Presentence Report |
| 35 | Defendant's objections to Presentence Report |
| 39 | Final Presentence Report |
| 75 | Modification to Presentence Report |

SO ORDERED, this **23** day of **August**, 2022.

JAMES C. DEVER III
United States District Judge