UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 2:17-CR-00021-D

| UNITED STATES OF AMERICA | ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL |
|---|---|
| v. | |
| JAMES MELVIN FEREBEE | |

This matter having come before the Court by the Defendant's motion for leave to file document under seal, it is ORDERED that the motion is granted.

SO ORDERED.

This 25 day of Ocotober, 2022.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE